**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS ALBERTO MORALES MILLIAN, | No. 09-71986 |
| Petitioner, | |
| v. | Agency No. A075-586-170 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 1, 2013[**]

Before:     GRABER, WARDLAW, and PAEZ, Circuit Judges.

Luis Alberto Morales Millian, a native and citizen of Guatemala, petitions

for review of the Board of Immigration Appeals' ("BIA") May 29, 2009, order and

seeks to challenge the BIA's July 3, 2007, decision denying his application for

_____

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

asylum, withholding of removal, and relief under the Convention Against Torture. We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

The BIA's procedure in this case was not unfair because Petitioner had the opportunity, but did not take it, to seek review of the BIA's denial of his application for asylum in 2007.  *See Pinto v. Holder*, 648 F.3d 976, 986 (9th Cir. 2011); *Castrejon-Garcia v. INS*, 60 F.3d 1359, 1361 (9th Cir. 1995).  Therefore, there was no denial of due process.

Even if the process was somehow defective, Petitioner suffered no prejudice because he had no plausible claim for relief.  *See Ramirez-Perez v. Ashcroft*, 336 F.3d 1001, 1006 (9th Cir. 2003).

**PETITION FOR REVIEW DENIED**.